HUGH P. SKELLY, Appellant, *v.* CITY OF NEW YORK, Respondent.

*Skelly* v. *City of N. Y.*, 157 App. Div. 233, affirmed.
(Argued October 15, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1913, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to have certain assessments declared illegal and void and canceled on the records.

*James A. Sheehan* and *Louis J. Somerville* for appellant.

*Frank L. Polk, Corporation Counsel (John B. Shanahan* and *James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Absent: CHASE, J.

---

THE CITY OF NEW YORK, Respondent, *v.* BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.

*City of N. Y.* v. *Brooklyn, Q. Co. & S. R. R. Co.*, 156 App. Div. 856, affirmed.
(Argued October 16, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered June 12, 1913, affirming a judgment in favor of plaintiff entered upon an order of Special Term sustaining a demurrer to the answer in an action to recover the cost of paving between and for two feet outside of the tracks of the defendant.

*Edward W. Hatch, Charles A. Collin, Charles L. Woody* and *George D. Yeomans* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ.   Absent: CHASE, J.